# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**
Clerk

**DANIEL R. MCALLISTER**
Chief Deputy

Federal Building and Courthouse
P.O. Box 7367
Syracuse, New York 13261-7367
(315) 234-8500

January 27, 2026

Mark Luccarelli, Esq.
1122 Franklin Ave
Suite 300
Garden City, New York 11530

RE: Dr. Colin Wright vs. Cornell University
NYND CASE NO. 3:26-cv-127 (GTS/ML)

Dear Sir or Madam:

Please be advised that the above case was filed 1/26/26, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking Permanent Admission or Pro Hac Vice Admission, instructions can be found on our website at https://www.nynd.uscourts.gov/attorney-admissions. Admission forms can be found at https://www.nynd.uscourts.gov/file/attorney-admissions-application-packet. Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ M. Gerace, Case Processing Specialist