IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**DR. COLIN WRIGHT,**

*Plaintiff,*

v.

**CORNELL UNIVERSITY,**

*Defendant.*

Case No. 3:26-cv-00127-GTS-ML

**Motion to Withdraw as Counsel for Plaintiff**

Counsel for Plaintiff respectfully moves the Court for an order under Local Rule 11.1(b) permitting John Casali to withdraw as counsel. John Casali is ending his employment at America First Policy Institute effective March 6, 2026. As a result of his departure, John Casali must withdraw as counsel for Plaintiff in this case. Plaintiff will continue to be represented by local counsel, McLaughlin & Stern, LLP, and Richard Lawson and Andrew Zimmitti, attorneys at America First Policy Institute. The contact information for Plaintiff's remaining counsel is reflected in the Court's docket.

Dated: March 5, 2026.

Respectfully submitted,

/s/ Chester Ostrowski

Chester Ostrowski,
NY Bar No. 519152
Mark Luccarelli, Pro hac vice forthcoming
McLaughlin & Stern, LLP
1122 Franklin Ave., Suite 300 Garden City,
New York 11530 Telephone: (516) 829-6900
costrowski@mclaughlinstern.com
mluccarelli@mclaughlinstern.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DR. COLIN WRIGHT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CORNELL UNIVERSITY,**<br><br>*Defendant.* | Case No. 3:26-cv-00127-GTS-ML |

**ORDER**

Before the Court is Plaintiff's Motion to Withdraw as Counsel for Plaintiff filed March 5, 2026. The Court GRANTS the motion and DIRECTS the Clerk of Court to terminate John Casali as counsel for Plaintiff.

SO ORDERED on this _______ day of March 2026.

_________________________________

Glenn T. Suddaby
UNITED STATES DISTRICT JUDGE