**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. COLIN WRIGHT,<br><br>*Plaintiff,*<br><br>v.<br><br>CORNELL UNIVERSITY,<br><br>*Defendant.* | Case No. 3:26-cv-127-GTS-ML<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

**<u>DEFENDANT'S NOTICE OF MOTION TO DISMISS</u>**

**PLEASE TAKE NOTICE** that upon the Declaration of Wendy Butler dated March 30, 2026, together with the exhibits thereto, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) for lack of jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted, Defendant Cornell University ("Cornell") moves this Court for an order dismissing this action.

**PLEASE TAKE FURTHER NOTICE** that Cornell requests oral argument to answer any questions the Court may have.

Dated: March 30, 2026

Respectfully Submitted,

*/s/ Wendy C. Butler*
Wendy C. Butler (Bar Roll # 707293)
Julia A. Williamson (Bar Roll # 707228)
JONES DAY
250 Vesey Street
New York, NY 10281-104
Tel: 212.326.3939
Fax: 212.755.7306
wbutler@jonesday.com
jwilliamson@jonesday.com

Eric S. Dreiband (*pro hac vice to be filed by April 3, 2026*)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel: 202.879.3780
Fax: 202.626.1700
esdreiband@jonesday.com

*Counsel for Defendant Cornell University*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, a true and accurate copy of the foregoing was filed using the CM/ECF system which will send notification of such filing to the Court and Plaintiff's counsel.

*/s/ Wendy C. Butler*