**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. COLIN WRIGHT,<br>*Plaintiff,*<br>v.<br>CORNELL UNIVERSITY,<br>*Defendant.* | Case No. 3:26-cv-127-GTS-ML<br><br>**DECLARATION OF WENDY C. BUTLER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

Wendy C. Butler, on the date noted below and pursuant to § 1746 of Title 28 of the United States Code, declares the following to be true and correct under the penalty of perjury under the laws of the United States of America:

1. I am an attorney representing the Defendant Cornell University in this matter. My statements herein are based on my personal knowledge. I submit this Declaration in support of Defendant's Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

2. The attached Exhibits A–I are PDF copies of tweets from Plaintiff Dr. Colin Wright's public X.com profile (@SwipeWright), which is referenced in his Complaint. *See* ¶ 84 n.11. The Exhibits are as follows.

3. Exhibit A: Excerpts from an April 5, 2020, thread stating he was "[l]eaving academia[] 😀" and confirming that his decision was "official."

4. Exhibit B: Excerpts from a 16-part April 6, 2020, thread informing followers of his "OFFICIAL ANNOUNCEMENT: I have left academia."

5. Exhibit C: April 13, 2020, tweet reaffirming his conclusion that it was not worth continuing to seek an academic job because "cues and signals" he received indicated that it would be "very difficult" for him "to *ever* land a job in academia."

6. Exhibit D: July 31, 2020, tweet stating "[t]o be clear, I wasn't forced out of academia. I left voluntarily."

7. Exhibit E: August 1, 2020, tweet stating "I chose to leave academia because I believe . . . pursuing a tenure track job would have been a waste of time."

8. Exhibit F: April 15, 2020, tweet, "Fortunately I've now left academia[.]"

9. Exhibit G: August 16, 2020, tweet, "I'm very happy to have left academia."

10. Exhibit H: June 16, 2021, tweet, "I'm so glad I left academia last year."

11. Exhibit I: November 2, 2021, tweet, "I am so glad I got out of academia[.]"

12. The attached Exhibits J and K are PDF copies of articles with information about the timing of Wright's decision to leave the academic job market.

13. Exhibit J is a PDF copy of an April 12, 2020, article from The Daily Caller reporter Marlo Safi titled "Why an Accomplished Researcher Turned His Back on Academia" that contains quotes from an interview with Wright regarding his public decision to end his job search.

14. Exhibit K is a PDF copy of a July 30, 2025, Wall Street Journal opinion article written by Wright titled "Cornell University Discriminated Against Me" in which Wright discusses his EEOC charge against Cornell University and on the third page states that he "left academia in 2020[.]"

Dated: March 30, 2026

By: */s/ Wendy C. Butler*
Wendy C. Butler