# EXHIBIT A

X

Home

Explore

Notifications

Chat

Grok

Bookmarks

Creator Studio

Premium 50% off

Profile

More

Post

[redacted] ...

**President Dr RollerGator MVIP PhD** @drrollergator · Apr 5, 2020

GATOR WANTS 2 KNOW SOMETHING UR PROUD OF URSELF FOR IN THE LAST COUPLE OF WEEKS

EVEN IF IT WAS SMOL

34 3 33

**Colin Wright** @SwipeWright Subscribe

Leaving academia. 😃

7:45 PM · Apr 5, 2020

## ← Post

Relevant

Post your reply Reply

**President Dr RollerGator MVIP PhD** @drrollergator · Apr 5, 2020

UR FUTURE PATH IS GOING TO BE FULL OF SURPRISES

2

**Prism** @PrismOfReality · Apr 5, 2020

Is that official? I take that you finished your postdoc and left the uni but I thought you were hoping to get a faculty position somewhere. Have you decided not to try that anymore?

1 2

**Colin Wright** @SwipeWright · Apr 5, 2020

It is official. I was looking for faculty jobs, to no avail. I had the option to renew my contract for another year, but after contemplating my chances of obtaining a faculty position I decided my energy would be best spent elsewhere.

1 7

**Colin Wright** @SwipeWright · Apr 5, 2020

I had very few interviews, and I don't see how more papers on top of the ones I already have would have dramatically increased my chances, especially since my social media activity is already working against me.

1 8

**Colin Wright** @SwipeWright · Apr 5, 2020

Add to that the fact that COVID-19 is going to dramatically decrease hiring in academia for the foreseeable future, I think my chances of securing a faculty position is near zero.

1 8

**Colin Wright** @SwipeWright · Apr 5, 2020

So I will be pursuing other career paths in line with my passions where I have more control over my own success. Stay tuned!

3 22

**Prism** @PrismOfReality · Apr 5, 2020

I remember listening to a podcast where you explained your work and your motivation for studying social insects, and I thinking that you were going to be a great academic. I don't want Kevin Bird or others like him to end up winning this round. 1/

1 1

Search

**Relevant peo**

**Colin Wrigh**
@SwipeWric
Evolutionary
in-Chief @R
@Manhattar
@AtheistsLit
cwright1859

**President D**
@drrollerga
ACTUAL PRE
STATES OF A
STUPID TWE
EXPERT ON
TRUTHER

**Live on X**

**Reuters** is host

**NYSE opens as ma to Middle East con**

**What's happ**

Trending
**Aggie**

Trending in United Stat
**Good Friday**

Trending in United Stat
**Nobel Peace Prize**

Trending
**#russian**

Show more

Terms of Service | Privac

Accessibility | Ads info