**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. COLIN WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>CORNELL UNIVERSITY,<br><br>Defendant. | No. 3:26-cv-00127-GTS-ML |

**DECLARATION OF COLIN WRIGHT**

Collin Wright, on the date noted below and pursuant to §1746 of Title 28 of the United States Code, declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

1. I am the plaintiff in this matter. My statements herein are based on my personal knowledge. I submit this Declaration in support of Plaintiff's Response in Opposition to Defendant's Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

2. I was continuously searching for a university faculty position in the highly specialized field of Ecology and Evolutionary Biology both before and after I left my job as a postdoctoral fellow at Penn State University. Obtaining an academic faculty position remained a dream and ambition of mine to which I had dedicated 12 years of my life. I never entirely gave up on trying to achieve that goal despite the barriers I faced.

3. On March 31, 2020, I declined to extend my contract as a postdoctoral fellow at Penn State. I made the decision to leave Penn State, in part, because I desired to be closer to family

during the ongoing pandemic and my desire to be with and take care of my elderly parents during that scary time. I also made the decision to leave because I was not confident that remaining at Penn State and focusing solely on academic research would significantly increase my chances of obtaining a faculty job, especially given the widespread adoption of racially discriminatory DEI policies at universities. In choosing to leave my academic position and pursue a wider range of career options I also continued an, albeit more selective, search for academic jobs.

4. In its Memorandum in Support of its Motion to Dismiss, Cornell referenced and attached several social media posts that I made between April 5, 2020 and November 2, 2021. I made these social media posts because I was frustrated after years of seeking a faculty position in my field and observing much less qualified non-white scholars receive more attention from universities than me. My reaction on social media (specifically on Twitter, now called "X") was to speak in a hyperbolic and exaggerated manner about giving up on academia. But my actions, such as continuing to publish academic papers in my field and searching for and applying for faculty positions after these social media posts were made, demonstrate that I had not, in fact, given up on seeking academic positions in my specialized field of Ecology and Evolutionary Biology.

5. On April 5 and 6, 2020, I posted on X that I had "left academia." These posts are partially a factual representation of my departure from Penn State, and partially a reflection of my frustration in seeking employment and encountering prohibitive discrimination and bias. (Def. Mot. To Dismiss, Exs. A-B, ECF Nos. 23-3 to 23-4). But I had not given up seeking out and applying for a university faculty position in Ecology and Evolutionary Biology. In fact, I was still regularly checking relevant job boards in my specialized area of Ecology and Evolutionary Biology with the intent of applying.

6. Similarly, the posts that I made on April 13, 2020, such as the one in which I stated

that I "received cues and signals indicating it would be very difficult for me to *ever* land a job in academia," reflect my level of frustration. (Def. Mot. To Dismiss, Ex. C, ECF No. 23-5). It is true that I was skeptical about whether I would ever land an academic position in academia's DEI-obsessed culture. However, I had not given up on obtaining a position in my field of specialty and continued to perform research and look for relevant faculty positions in my field.

7. The posts wherein I state that I had left academia voluntarily, (Def. Mot. To Dismiss, Exs. D-E, ECF Nos. 23-6 to 23-7), as well as those in which I stated that I was "happy to have left," or "glad I got out," (Def. Mot. To Dismiss, Exs. F-I, ECF No. 23-8 to 23-11), were an expression of my frustration with the bias and discrimination in the field and an attempt to regain control over the narrative of my career. I had experienced considerable hostility from fellow academics in response to articles I had written about the biology of sex and was relentlessly targeted by social media mobs with the intent on destroying my academic career prospects. This was an extremely stressful time in my life, and getting out of that environment did instill some sense of relief.

8. Nonetheless, during this entire period I continued publishing peer-reviewed academic papers in my field, such as a first-authored paper titled "Spatial proximity and prey vibratory cues influence collective hunting in social spiders" published in December, 2020, in the *Israel Journal of Ecology and Evolution*, and paper titled "Disease defences across levels of biological organization: individual and social immunity in acorn ants" published in September, 2021, in *Animal Behaviour*. I was motivated to continue publishing and to maintain an active academic profile in case I found an appropriate job posting in my field to which I could apply. In fact, I have continuously published scholarly papers, book chapters, and Letters to the Editor on

the biology of sex to this day.[1]

9. I was, throughout this time, checking job boards such as "ecoevojobs" on which faculty positions in my field are posted. (Def. Mot. To Dismiss, Ex. F, ECF No. 23-8). I did not complete many applications as almost all these postings would require the submission of a DEI statement as prior screening to the full application, or an explanation of how the applicant would use their research to advance DEI. I considered these to be indicative that the merits of my application would not be fairly considered.

10. On November 9th, 2021, I applied to an open faculty position at the University of Austin ("UATX"). Attached as Exhibits A, B and C are true and correct copies of the email, resume, and cover letter I submitted. I was particularly drawn to apply due to UATX's public statements repudiating DEI in the academic sphere, I believed I would be able to fulfil my desire to teach and engage with students as well as pursue my own research. I read a number of these statements in an article from the Free Press, attached as Exhibit D is a true and correct copy of that article.

11. On April 27, 2026, I visited the following Cornell websites, and attached at Exhibits E, F, G, H, and I are true and correct copies of the webpages I viewed:

---

[1] Wright, Colin M., James LL Lichtenstein, Lauren P. Luscuskie, Graham A. Montgomery, Sara Geary, Jonathan N. Pruitt, Noa Pinter-Wollman, and Carl N. Keiser. "Spatial proximity and prey vibratory cues influence collective hunting in social spiders." *Israel Journal of Ecology and Evolution* 66, no. 1-2 (2020): 26-31.
Cassidy, Steven T., Jade Chapa, Tram-Anh Tran, Nicholas Dolezal, Chelsey Gerena, Gloria Johnson, Arletys Leyva, Samantha Stein, Colin M. Wright, and Carl N. Keiser. "Disease defences across levels of biological organization: individual and social immunity in acorn ants." *Animal Behaviour* 179 (2021): 73-81.
Hilton, Emma, Pam Thompson, Colin Wright, and David Curtis. "The reality of sex." *Irish Journal of Medical Science (1971-)* 190, no. 4 (2021): 1647-1647.
Hilton, Emma, and Colin Wright. "Two sexes." In *Sex and Gender*, pp. 16-34. Routledge, 2023.
Wright, Colin M. "Why There Are Exactly Two Sexes." *Archives of Sexual Behavior* 54 (2025): 3941–3945
Wright, Colin M. "Response to Mahr's (2026) Response to Wright's (2025) 'Why There Are Exactly Two Sexes.'" *Archives of Sexual Behavior* (2026).

e. https://news.cornell.edu/stories/2021/09/nih-grant-will-support-strengthening-faculty-diversity

f. https://facultydevelopment.cornell.edu

g. https://www.cornell.edu/about/mission.cfm

h. https://statements.cornell.edu/2021/20210126-diversity-and-inclusion.cfm

i. https://business.cornell.edu/hub/2021/02/09/updates-on-college-efforts-on-diversity-equity-inclusion-and-belonging/

12. If Cornell had publicly posted the position in their Ecology and Evolutionary Biology department that was filled in 2022, then I would have applied for it because this was a position in my exact field, at a top university that I had applied to previously out of specific interest, and where I had personal friends working. I believe that I was highly qualified for that position because of my publication record in the specific, highly specialized subject area of the job.

13. I was unaware of Cornell's hiring of Swanne Gordon and Andrés López-Sepulcre until June 26, 2025, when I read a post on X exposing Cornell's discriminatory search for a "diverse" applicant.

14. I immediately began to pursue my claim and submitted a Discrimination Charge to the Equal Employment Opportunity Commission approximately thirty-two days later.

Dated: April 27, 2026

By: ______________________
Colin Wright